CITY OF BAIRD V. WEST TEXAS UTILITIES COMPANY.

App. No. 25432.  Decided February 19, 1941.
(148 S. W., 2d Series, 392.)

*Scarborough, Yates & Scarborough,* of Abilene, for plaintiff in error.

*Wagstaff, Harwell, Douthit & Alvis,* of Abilene, for defendant in error.

PER CURIAM:

We agree with the holding of the Court of Civil Appeals

to the effect that Articles 1121 and 1122 apply only to public utilities operating in one municipality. We express no opinion on the other question discussed by the Court of Civil Appeals.

The application is "Dismissed W. O. J.—Correct Judgment."

Opinion delivered February 19, 1941.